# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE CORTEZ,<br><br>                 Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA., et al.,<br><br>                 Defendants. | Case No: 07-CV-0661 W (AJB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE THE SECOND CAUSE OF ACTION [DOC. NO. 30]** |

Pending before the Court is a joint motion to dismiss with prejudice the second cause of action for negligent hiring, training, retention and supervision. Having read and considered the moving papers and good cause appearing, the Court **GRANTS** the motion (Doc. No. 30) and **DISMISSES** the second cause of action with prejudice.

**IT IS SO ORDERED.**

DATE: January 5, 2009

                                              HON. THOMAS J. WHELAN
                                              United States District Court
                                              Southern District of California